# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA P. SALVIO, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ) <br> ALLEGHENY ENERGY, INC., ) <br> ) <br> Defendant ) <br> ) | Civil Action No. 07-742 <br><br> JUDGE LANCASTER <br> MAGISTRATE JUDGE HAY |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Tina P. Salvio, by and through her attorney pursuant to Fed.R.Civ.P. §41(a)(1), voluntarily dismisses the complaint and this action with prejudice.

Respectfully submitted,

Mark J. Bushnell, Pa.I.D. #83792

BUSHNELL LAW FIRM, P.C.
2915 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219-1826
Phone: (412) 471-5850

SO ORDERED, this 5th day of April, 2008.

Gary L. Lancaster, U.S. District Judge